### PONSONY vs. DEBAILLON & AL.

An appeal cannot be taken from a decision overruling the exception of *litis pendencia*,

APPEAL from the court of the fifth district. The judge of the 7th district presiding.

PORTER, J. delivered the opinion of the court. The defendants pleaded the exception of *litis pendencia*. The court overruled it, and they appealed.

The appeal is premature, and must be dismissed. The judgment is not final; nor the grievance irreparable; for if the decision was erroneous, the error can be corrected after the cause is tried on its merits.

It is, therefore, ordered, adjudged, and de- Western Dis.
*Sept.* 1828.
creed, that the appeal be dismissed with costs.

*Garland* and *Simon* for the plaintiff—
*Bowen* and *Brownson* for the defendants.